Mr. Associate Justice Hernández did not sit in this case.

---

## THE PEOPLE *v.* RAMOS.

### APPEAL from the District Court of Mayagüez.

No. 8.—Decided May 5, 1903.

BILL OF EXCEPTIONS.—ERROR APPARENT FROM THE RECORD.—When there is no bill of exceptions filed, and it does not appear from the record that the trial court has committed any error, the judgment of the lower court should be affirmed.

*Mr. del Toro*, Fiscal, for respondent.

Appellant did not appear.

MR. JUSTICE SULZBACHER delivered the following opinion of the court:

The defendant Ramos was duly tried and convicted by the District Court of Mayagüez for the crime of grand larceny. He moved for a new trial which was refused by the court, and appeals to this court. No bill of exceptions appears in the record; nor is there any writing referring to any error committed by the trial court. This Supreme

Court finds no error whatsoever, and therefore, the judgment of the District Court of Mayagüez should be affirmed.

*Affirmed.*

Messrs. Chief Justice Quiñones, and Associate Justices Hernández, Figueras, and MacLeary, concurring.